**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Douglas Arthur STRONG,
Defendant–Appellant.**

**No. 12–50316.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 19, 2013.*

Filed Nov. 25, 2013.

Alexandra Fairbanks Foster, Assistant U.S., Lauren J. Barefoot, Esquire, Bruce R. Castetter, Assistant U.S., Office of The U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Janet Tung, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: CANBY, TROTT, and THOMAS, Circuit Judges.

MEMORANDUM **

Douglas Arthur Strong appeals from the revocation of supervised release and the 12–month sentence imposed upon revocation. Because Strong has fully served his custodial sentence and is not subject to a term of supervised released, we dismiss this appeal as moot. *See Spencer v. Kem-*

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*na,* 523 U.S. 1, 14, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

**DISMISSED.**